No. 95, October Term, 1947. ALEXANDER WOOL COMBING CO. v. UNITED STATES, 334 U. S. 742. Rehearing denied.

No. 415, October Term, 1947. TOOMER ET AL. v. WITSELL ET AL., 334 U. S. 385. Rehearing denied.

No. 432, October Term, 1947. UNITED STATES v. ZAZOVE, 334 U. S. 602. Rehearing denied.

No. 451, October Term, 1947. COMSTOCK v. GROUP OF INSTITUTIONAL INVESTORS ET AL., 335 U. S. 211. Rehearing denied.

No. 541, October Term, 1947. GRYGER v. BURKE, WARDEN, 334 U. S. 728. Rehearing denied.

No. 584, October Term, 1947. UNITED STATES EX REL. ACKERMANN v. O'ROURKE, OFFICER IN CHARGE, 334 U. S. 858; and
No. 585, October Term, 1947. UNITED STATES EX REL. ACKERMANN v. O'ROURKE, OFFICER IN CHARGE, 334 U. S. 858. Rehearing denied.

No. 723, October Term, 1947. LUDECKE v. WATKINS, DISTRICT DIRECTOR OF IMMIGRATION, 335 U. S. 160. Rehearing denied.

No. 764, October Term, 1947. DOWNS v. COMMISSIONER OF INTERNAL REVENUE, 334 U. S. 832. Rehearing denied.

No. 775, October Term, 1947. EUBANKS v. THOMPSON, RECEIVER, 334 U. S. 854. Rehearing denied.

No. 796, October Term, 1947. MASON v. MERCED IRRIGATION DISTRICT, 334 U. S. 858. Rehearing denied.